UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LU,

        Plaintiff,

   v.

UNKNOWN,

        Defendant.

Case No. 25-cv-00880-VC

**ORDER OF DISMISSAL**

      Kevin Lu, a detainee in Santa Clara County jail, filed a letter with the court about his allegations that the San Jose Police Department used excessive force on him and stole money from him. In an effort to protect his rights, it was filed as a new civil rights case. On the same day, the Clerk sent Lu two notices: (1) his complaint on the court's form was due within 28 days of the filing date of the Clerk's notice; and (2) his completed *in forma pauperis* application or $405.00 filing fee was due within 28 days of the filing date of the Clerk's notice. Both notices included blank copies of the required forms and warned Lu if he did not submit the completed documents within the 28-day time frame, his case would be dismissed.

      Lu sent the court another letter, to which the court responded by again sending him blank case-initiating forms and informing him that the Clerk's Office cannot give him legal advice.

      More than 28 days have passed since the second time the court responded to Lu, and he has not filed the two documents, paid the filing fee, or communicated with the court in any manner since that time. Therefore, this case is dismissed without prejudice. The Clerk shall enter a separate judgment and close the file.

      **IT IS SO ORDERED.**

2

Dated: May 1, 2025

_____
VINCE CHHABRIA
United States District Judge